UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: APPLICATION OF EDWARD D. FAGAN,

Case No. 19-mc-80100-JSC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 1

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Laurel Beeler for consideration of whether the case is related to *In Re: Application of Edward D. Fagan*, No. 19-mc-80044 LB.

**IT IS SO ORDERED.**

Dated: April 24, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California