Edward D. Fagan, Pro Se
590 NE Wavecrest Way
Boca Raton, FL 33432
Tel. (561) 757-5432 / Email: faganinternational@gmail.com
Applicant Pro Se

FILED
APR 29 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE # CV-19-80100 MISC LB

In Re:
   Application of EDWARD D. FAGAN,
   pursuant to 28 U.S.C. § 1782 for Judicial Assistance
   in obtaining evidence from YAHOO! INC.;
   and GOOGLE INC.
   for use in a Foreign Tribunal and Proceeding

**PROOF OF SERVICE ON YAHOO ! INC. and GOOGLE INC.
and
NOTICE TO EMAIL ADDRESSES -
mariambrewer2015@yahoo.com and dlewis5515@gmail.com**

---

EDWARD D. FAGAN (hereinafter "Applicant"), acting as a pro se Applicant, hereby certifies that the instant application for limited judicial assistance pursuant to 28 U.S.C. § 1782 to aid in the several Foreign Proceeding(s), together with all exhibits was served on the witnesses as set forth below:

1. **Service of Application on witness Yahoo Inc.** - On April 16, 2019, a hard copy of the Application was mailed by USPS Priority Mail envelope with tracking number 9405 5102 0088 1018 1051 87 to witness Yahoo Inc. located at 701 First Avenue, Sunnyvale, CA 94088. The papers were received by witness Yahoo Inc. on April 18, 2019 at 9.02 am. *See Exhibit 1.*

---

2. **Service of Application on witness Google Inc.** - On April 16, 2019, a hard copy of the Application was mailed by USPS Priority Mail envelope with tracking number 9405 5102 0088 1018 1123 52 to witness Google Inc. located at 1600 Amphitheatre Parkway, Mountain View, CA 94043. The papers were received by witness Google Inc. on April 18, 2019 at 8.34 am to the Front Desk/Reception/Mail Room. *See Exhibit 2.*

3. **Service / Notice of the Application on the unidentified persons using the email addresses mariambrewer2015@yahoo.com and dlewis5515@gmail.com** - A copy of the Application was emailed to each of them at the above email addresses which are the only addresses known for them (no names or physical addresses are known – which is in part the essence of this Application) on April 19, 2019. *See Exhibit 3.*

4. The foregoing statements are made pursuant to 28 U.S. Code § 1746 and I declare, certify, verify and state, under penalty of perjury that the foregoing is true and correct.

Dated: April_____, 2019

/s/ Edward A. Fagan

Edward D. Fagan, Pro Se
590 NE Wavecrest Way
Boca Raton, FL. 33432
Tel. (561) 757-5432
Email: faganinternational@gmail.com
Applicant Pro Se

# EXHIBIT 1



# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 9405510200881018105187

Remove X

**On Time**

**Expected Delivery on**

**THURSDAY**
**18** APRIL 2019 ⓘ   by **8:00pm** ⓘ

## ✓ Delivered

April 18, 2019 at 9:02 am
Delivered, PO Box
SUNNYVALE, CA 94088

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

### Can't find what you're looking for?

# EXHIBIT 2



# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 9405510200881018112

Remove X

**On Time**

**Expected Delivery on**

**THURSDAY**

**18** APRIL 2019 ⓘ

by **8:00pm** ⓘ

✓ **Delivered**

April 18, 2019 at 8:34 am
Delivered, Front Desk/Reception/Mail Room
MOUNTAIN VIEW, CA 94043

Get Updates ∨

## Get your package status sent to you.

With the **Informed Delivery®** feature, you can sign up for free alerts about packages on the way. You can also leave USPS Delivery Instructions® or schedule redeliveries via the online dashboard or mobile app.

**Learn More >**
(https://informeddelivery.usps.com/box/pages/sitespect=1&ss=di2.2-ta-3.15)

Feedback

See FAQs (https://usps.force.com/faq/s/article/Informed-Delivery-The-Basics?ss=di2.2-ta-3.15) and User Agreement & Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm?ss=di2.2-ta-3.15)

---

| Text & Email Updates | ∨ |

---

| Tracking History | ∨ |

---

| Product Information | ∨ |

---

See Less ∧

## Can't find what you're looking for?

# EXHIBIT 3

4/24/2019                    Gmail - In Re: Application of Edward D. Fagan pursuant to 28 USC 1782 for Judicial Assistance - Northern District of California - Case # ...

Case 3:19-mc-80100-LB Document 5 Filed 04/29/19 Page 10 of 12



Edward Fagan <faganinternational@gmail.com>

# In Re: Application of Edward D. Fagan pursuant to 28 USC 1782 for Judicial Assistance - Northern District of California - Case # CV 19-80100 - Part 1 of 3 Emails

**Edward Fagan** <faganinternational@gmail.com>                                     Fri, Apr 19, 2019 at 2:38 PM
To: mariam brewer <mariambrewer2015@yahoo.com>, dlewis5515@gmail.com

### To Whomever It is Using the Following Email Addresses
### mariambrewer2015@yahoo.com and dlewis5515@gmail.com

Attached is an application that I just made to get information related to these email addresses and specifically to identify the names and IP addresses of the persons / entities who are behind the email addresses  mariambrewer2015@yahoo.comand dlewis@gmail.com including personal identifying details, such as name, physical addresses, phone numbers and other contact information of person / entities that operated those email addresses used in the commission of a "Nigerian Type Internet & Bank Fraud" and which emails were used to solicit Applicant and his partners and predecessors into making wire transfers

In the event, you have any opposition to the request, you should file your opposition with the Court and perhaps consider retaining a lawyer to represent you and put in whatever opposition as you may have to the Application.

If you want to make things easier, and agree to disclosing the requested information, I can prepare a Stipulation in which you agree to the production of information so that it can be filed with the Court.

Ed Fagan

PS Please note that I will be making other applications including as related to The Brewers and their lawyers who appear to have interfered with the efforts to repatriate the inheritance monies and who received monies from Mr. Quigley, Mr. Daneluk and others.

📎 **19-80100 CAND.pdf**
   23033K

4/24/2019　　　Gmail - Fwd: In Re: Application of Edward D. Fagan pursuant to 28 USC 1782 for Judicial Assistance - Northern District of California - Ca…

Case 3:19-mc-80100-LB  Document 5  Filed 04/29/19  Page 11 of 12



Edward Fagan <faganinternational@gmail.com>

# Fwd: In Re: Application of Edward D. Fagan pursuant to 28 USC 1782 for Judicial Assistance - Northern District of California - Case # CV 19-80100 - Part 2 of 3 Emails

**Edward Fagan** <faganinternational@gmail.com>　　　　　　　　　　　　　　Fri, Apr 19, 2019 at 2:39 PM
To: mariam brewer <mariambrewer2015@yahoo.com>, dlewis5515@gmail.com

<u>Attached are Exhibits 1 - 4 to the Application.</u>

### To Whomever It is Using the Following Email Addresses
### mariambrewer2015@yahoo.com and dlewis5515@gmail.com

Attached are Exhibits 1 - 4 of the application that I just made to get information related to these email addresses and specifically to identify the names and IP addresses of the persons / entities who are behind the email addresses mariambrewer2015@yahoo.com and dlewis@gmail.com including personal identifying details, such as name, physical addresses, phone numbers and other contact information of person / entities that operated those email addresses used in the commission of a "Nigerian Type Internet & Bank Fraud" and which emails were used to solicit Applicant and his partners and predecessors into making wire transfers

In the event, you have any opposition to the request, you should file your opposition with the Court and perhaps consider retaining a lawyer to represent you and put in whatever opposition as you may have to the Application.

If you want to make things easier, and agree to disclosing the requested information, I can prepare a Stipulation in which you agree to the production of information so that it can be filed with the Court.

Ed Fagan

PS Please note that I will be making other applications including as related to The Brewers and their lawyers who appear to have interfered with the efforts to repatriate the inheritance monies and who received monies from Mr. Quigley, Mr. Daneluk and others.

📎 **19-80100 - Exh 1-4.pdf**
　　10490K

4/24/2019 Gmail - Fwd: In Re: Application of Edward D. Fagan pursuant to 28 USC 1782 for Judicial Assistance - Northern District of California - Ca…

Case 3:19-mc-80100-LB Document 5 Filed 04/29/19 Page 12 of 12

 Gmail     **Edward Fagan <faganinternational@gmail.com>**

## Fwd: In Re: Application of Edward D. Fagan pursuant to 28 USC 1782 for Judicial Assistance - Northern District of California - Case # CV 19-80100 - Part 2 of 3 Emails

**Edward Fagan** <faganinternational@gmail.com>     Fri, Apr 19, 2019 at 2:40 PM
To: mariam brewer <mariambrewer2015@yahoo.com>, dlewis5515@gmail.com

Attached are Exhibits 5 and the proposed Subpoena to the Application.

### To Whomever It is Using the Following Email Addresses
### mariambrewer2015@yahoo.com and dlewis5515@gmail.com

Attached are Exhibit 5 and the proposed to the application that I just made to get information related to these email addresses and specifically to identify the names and IP addresses of the persons / entities who are behind the email addresses mariambrewer2015@yahoo.comand dlewis@gmail.com including personal identifying details, such as name, physical addresses, phone numbers and other contact information of person / entities that operated those email addresses used in the commission of a "Nigerian Type Internet & Bank Fraud" and which emails were used to solicit Applicant and his partners and predecessors into making wire transfers

In the event, you have any opposition to the request, you should file your opposition with the Court and perhaps consider retaining a lawyer to represent you and put in whatever opposition as you may have to the Application.

If you want to make things easier, and agree to disclosing the requested information, I can prepare a Stipulation in which you agree to the production of information so that it can be filed with the Court.

Ed Fagan

PS Please note that I will be making other applications including as related to The Brewers and their lawyers who appear to have interfered with the efforts to repatriate the inheritance monies and who received monies from Mr. Quigley, Mr. Daneluk and others.

**2 attachments**

📄 **19-80100 - Subpoena.pdf**
2540K

📄 **19-80100 - Exh 5.pdf**
11454K